CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 1 1 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 4:19-CR-25 |
| V. | ) |
| | ) |
| JOSHUA O'KEITH BELCHER | ) |
| | ) |
| | ) |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above Indictment would jeopardize the investigation and capture of the defendant(s).

2. The government requests that the Indictment be sealed for 30 days or until the arrest of the defendant(s), whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: July 11, 2019

_____
R. ANDREW BASSFORD
Assistant United States Attorney
VA Bar No. 42584
United States Attorney's Office
P.O. Box 1709, Roanoke, VA 24008
TEL (540) 857-2250 / FAX (540) 857-2614
Email: Andrew.Bassford@usdoj.gov