CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 1 1 2019
JULIA C. DUDLEY, CLERK
BY: /s/ BD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
JULY 2019 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 4:19-cr-25 |
| v. | |
| | **SEALED INDICTMENT** |
| JOSHUA O'KEITH BELCHER | **In Violation of:** |
| | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. On or about April 20, 2019, in the Western Judicial District of Virginia, the defendant, JOSHUA O'KEITH BELCHER, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Smith & Wesson model M&P 9mm pistol. Said firearm had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL this 11th day of July, 2019.

/s/Foreperson
FOREPERSON

/s/ Thomas T. Cullen
THOMAS T. CULLEN
UNITED STATES ATTORNEY

1